LOUISA M. RAUENSTEIN, Respondent, *v.* THE NEW YORK, LACK-AWANNA AND WESTERN RAILROAD COMPANY, Appellant.

(Argued June 9, 1890, decided June 24, 1890.)

APPEAL from judgment of the General Term of the Superior Court of the City of Buffalo, entered upon an order made December 30, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The following is the *mem.* of opinion herein:

"The plaintiff in this action owned certain lots on the east side of Commercial street in the city of Buffalo, opposite those owned by the plaintiff in *Ottenot* v. *N. Y., L. & W. R Co.*, (119 N. Y. 603), recently decided by this court. There is no difference in the principle and substantially none in the facts of the two cases. The same questions arose in each, presented by the same exceptions and by the same evidence, except as

to the location, value and ownership of the property belonging to the respective plaintiffs. The determination of the court in the *Ottenot Case* must govern the decision of this appeal, and the judgment should, therefore, be reversed and a new trial granted, with costs to abide the event."

*John G. Milburn* for appellant.

No appearance for respondent.

*Per Curiam mem.* for reversal and new trial.
All concur.
Judgment reversed. _____